FILED BY ___ D.C.

05 MAY -9 PM 1:01

ROBERT R. ~I TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

WILLIE J. JACKSON,

    Plaintiff,

v.                                                              NO.: 04-2470-Ma/An

FEDERAL EXPRESS CORPORATION,
and FEDEX CORPORATE SERVICES,

    Defendants.

## [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

It appearing to this Court that good cause is shown and that the parties Joint Motion for Modification of the Court's Scheduling Order should be granted;

IT IS, THEREFORE, ORDERED that this Court's Scheduling Order be modified to allow Plaintiff up to and including June 2, 2005 to make his Rule 26 expert disclosure and be modified to allow the Defendants up to and including July 7, 2005 to make their Rule 26 expert disclosure.

UNITED STATES DISTRICT JUDGE
DATE: S. Thomas Anderson USMJ
05-06-05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02470 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Jay L. Grytdahl
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl, Comat 7103
Memphis, TN 38125--880

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT