IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP 14 PM 2: 46

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

WILLIE J. JACKSON,

    Plaintiff,

VS.                            NO. 04-2470-MaA

FEDERAL EXPRESS CORP., ET AL.,

    Defendants.

---

## ORDER AMENDING SCHEDULE

Pursuant to plaintiff's July 22, 2005, motion to amend the schedule to allow plaintiff to move for summary judgment in this matter, the court held a conference on August 19, 2005. Attending on behalf of the plaintiff were James King and Bradley Eskins. Participating on behalf of the defendant was Jay Grytdahl. For good cause shown, the court grants the motion and plaintiff may file a motion for summary judgment. The schedule is further amended as follows:

1. Defendant's response is due by September 19, 2005.
2. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on March 8, 2006.
3. A pretrial conference will be held on Wednesday, March 15, 2006, at 1:30 p.m.
4. The jury trial is **reset** to Monday, March 27, 2006, at 9:30 and is expected to take 4 days.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _9-16-05_

46

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 14th day of September, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CV-02470 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Jay L. Grytdahl
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl, Comat 7103
Memphis, TN 38125--880

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT