IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WILLIE J. JACKSON,

    Plaintiff,

V.                                            NO. 04-2470-MaA

FEDERAL EXPRESS CORP., ET AL.,

    Defendants.

ORDER GRANTING PERMISSION TO FILE REPLY

    Before the court is plaintiff Willie Jackson's September 28, 2005, motion to file a reply in further support of his motion for summary judgment. For good cause shown, the motion is granted. Plaintiff Jackson shall file his reply by October 20, 2005.

    It is so ORDERED this 4th day of October, 2004.

                                                    SAMUEL H. MAYS, JR.
                                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02470 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Jay L. Grytdahl
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl, Comat 7103
Memphis, TN 38125--880

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT